The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TILA MORTGAGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BENCHMARK LENDING GROUP, INC., HOME MORTGAGE ASSOCIATES, INC., QUICKEN LOANS, INC. and SEATTLE MUTUAL MORTGAGE, LLC,<br><br>Defendants. | NO. C05-1525 RSM<br><br>**STIPULATION AND ORDER TO AMEND DEADLINE CONTAINED IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT** |

### I.   STIPULATION

The parties to this action, by and through their respective attorneys of record, hereby stipulate and agree that the deadline for the Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) shall be continued pending the Court's ruling on the Joint Motion to Sever Claims Pursuant to Rules 20 and 21. Currently, the Joint Status Report is due December 23, 2005. Relief from this deadline is needed because, if the Court grants the

*Stipulation and Order to Amend Deadline (C05-1525 RSM) – Pg. 1 of 3*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Joint Motion to Sever Claims, this matter will be severed into four new actions requiring four new scheduling orders.

  Stipulated and Agreed to this 23rd day of December, 2005.


/s/ Gregory P. Cavagnaro
Gregory P. Cavagnaro, WSBA #17644
Attorney for Plaintiff


/s/ David A. Nold
David A. Nold, WSBA #19009
Brian M. Muchinsky, WSBA #31860
NOLD & ASSOCIATES PLLC
Attorneys for Seattle Mutual Mortgage, LLC


/s/ David J. Lenci
David J. Lenci, WSBA #7688
PRESTON GATES & ELLIS L.L.P.
Attorney for Defendant Home Mortgage
 Associates, Inc,


/s/ per telephonic authorization
Stephen B. Johnson, WSBA#6196
Gary J. Strauss, WSBA #5830
Sara Meinhard, WSBA # 33594
GARVEY SCHUBERT BARER

Michael Molland, admitted *pro hac vice*
Mitchell C. Lowe, admitted *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant Benchmark
 Lending Group, Inc.


/s/ Sarah A. Dunne
Laurie Lootens Chyz, WSBA #14297
Sarah A. Dunne, WSBA #34869
HILLIS CLARK MARTIN & PETERSON, P.S.
Attorneys for Defendant Quicken Loans, Inc

*Stipulation and Order to Amend Deadline (C05-1525 RSM) – Pg. 2 of 3*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

**II. ORDER**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the December 23, 2005 deadline for the Combined Joint Status Report and Discovery Plan as required by FRCP Rule 26(f) is continued, and upon the Court ruling on the Joint Motion to Sever Claims, the Court shall issue a revised scheduling order setting a new deadline for the Joint Status Report.

DATED this 6th day of January, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Stipulation and Order to Amend Deadline (C05-1525 RSM) – Pg. 3 of 3*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789